UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKDOWN SERVICES, LTD., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>MY ENTERTAINMENT WORLD, INC., a Florida corporation, and DOES 1 through 10, inclusive<br><br>    Defendants. | CASE NO. CV 08-05702 MMM (CWx)<br><br>JUDGMENT FOR PLAINTIFF |

On August 29, 2008, plaintiff Breakdown Services, Ltd. filed this action for copyright infringement against defendant My Entertainment World, Inc. The clerk entered defendant's default on November 7, 2008. On November 17, 2008, plaintiff filed a motion for default judgment. In an order dated December 18, 2009, the court granted plaintiff's motion for default judgment. Accordingly,

IT IS ORDERED AND ADJUDGED that

1. Plaintiff shall recover from defendant statutory damages of $90,000 for copyright infringement, as well as $5,200.00 in attorneys' fees pursuant to 17 U.S.C. § 505. Plaintiffs shall also recover post-judgment interest at a rate of **0.45%**;

2. Defendant My Entertainment World, Inc., its officers, agents, servants, employees, and all other persons in active concert or privity or in participation with them who receive actual notice of the injunction are hereby restrained and enjoined from directly or indirectly infringing Breakdown Services' copyrights in its breakdowns in any manner, generally including, but not limited to marketing, offering, selling, disposing of, licensing, leasing, transferring, displaying, advertising, reproducing, or developing or manufacturing works derived or copied from the breakdowns or participating or assisting in such activity; and

3. The action be, and it hereby is, dismissed.

DATED: December 18, 2009

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE